In the Matter of DECARRIO S., JR., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; SHATICA S., Appellant. [869 NYS2d 847]

Present—Scudder, P.J.,
Hurlbutt, Fahey, Peradotto and Pine, JJ.